USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020

FRANCIS GIAMBALVO
FGIAMBALVO@GRSM.COM

**GORDON & REES**
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

July 2, 2020

**VIA ECF**

The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

  Re: *Bajram Balidemic v. Wolfgang's Steakhouse, Inc.*
     Civil Action No. 1:20-cv-01966 (AJN)

Dear Judge Nathan:

  We represent defendant Wolf of Tribeca, Inc., i/s/h/a Wolfgang's Steakhouse, ("Defendant") in connection with the above-referenced matter. The parties write jointly pursuant to the Court's June 30, 2020 order concerning the scheduling of an initial conference. (ECF No. 7). For the reasons set forth below, we respectfully request that the court reschedule the initial conference for July 31, 2020, or anytime thereafter, that is convenient for the Court.

  The reason for the parties joint request is as follows. On May 14, 2020, an order of automatic referral to mediation was entered by the court (ECF No. 13). On May 27, 2020, we received a notice of assignment of mediator and scheduling deadline. On June 6, the mediator contacted the parties to schedule a mediation date. The first mutually agreeable date for all parties and the mediator was July 16, 2020 and the mediation is scheduled to proceed via Zoom.

  Having conferred about the initial conference, the parties prefer to attempt to resolve this matter through mediation and thus obviate the need to enter into a discovery schedule and/or appear for the initial Conference if the case resolve. The parties request that the court schedule the initial conference to a date after the mediation date that will allow the parties to submit their proposed case management plan and joint letter seven days prior to the rescheduled initial conference. Both parties are available on July 31, 2020 for a rescheduled telephonic Initial Conference. With respect to the discovery schedule and initial conference, the parties propose providing the court with a status update by July 24, 2020. The parties also propose that if they are able to come to an agreement on a discovery schedule by July 24, they will submit their proposed case management plan to the court and propose that the rescheduled initial conference

July 2, 2020
Page 2

be cancelled. Otherwise, the parties would request that the conference proceed on July 31 for the court to determine an appropriate discovery schedule.

  We thank the Court for its courtesy and its consideration of this correspondence.

/s/ DAVID H. ROSENBERG
David H. Rosenberg
The Law Office of David H. Rosenberg, P.C.
170 Old Country Road, Suite 600
Mineola, NY 11501
*Attorneys for Plaintiff*

/s/ FRANCIS J. GIAMBALVO
Francis J. Giambalvo
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th Floor
New York, NY 10004
*Attorneys for Defendant*

> The initial pre-trial conference currently scheduled for July 10, 2020 is hereby adjourned to July 31, 2020 at 3:15 p.m. If the case does not settle, then on or before July 24, 2020, the parties should submit their joint letter and proposed case management plan and advise the Court whether it is necessary to conduct the conference. If so, the conference will proceed telephonically.
> SO ORDERED.

cc: All Counsel of Record (via ECF)

SO ORDERED. 7/8/20

*[signature]*

Alison J. Nathan, U.S.D.J.